IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bradley Henke, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MedScan Laboratory, Inc., d/b/a Adaptive Health Integrations,<br><br>　　　　　　　　　　　　　　Defendant. | Case No. 1:22-cv-00069 |

## ORDER ADOPTING STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1]　THIS MATTER comes before the Court on a Stipulated Dismissal with Prejudice filed on January 13, 2023. All Parties in this matter have agreed to dismiss the following consolidated actions with prejudice:

　　Henke v. MedScan Laboratory, Inc., Case No. 1:22-cv-00069
　　Seward v. MedScan Laboratory, Inc., Case No. 1:22-cv-00073
　　Ristine v. MedScan Laboratory, Inc., Case No. 1:22-cv-00079
　　Byrne v. MedScan Laboratory, Inc., Case No. 1:22-cv-00084
　　Krol v. MedScan Laboratory, Inc., Case No. 1:22-cv-00091

[¶2]　Upon consideration, the Court **ADOPTS** the Stipulation in its entirety. It is therefore **ORDERED** that the above-named cases are **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

[¶3]　**IT IS SO ORDERED**.

　　DATED January 18, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Daniel M. Traynor
　　　　　　　　　　　　　　　　　　　　　　　　Daniel M. Traynor, District Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court