IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Bradley Henke, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MedScan Laboratory, Inc., d/b/a Adaptive Health Integrations,<br><br>Defendant. | Case No. 1:22-cv-00069 |

## ORDER ADOPTING AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE

[¶1] THIS MATTER comes before the Court on an Amended Stipulated Dismissal with Prejudice filed on January 24, 2023. Doc. No. 26. All Parties in this matter have agreed to dismiss the following consolidated actions with prejudice:

    Henke v. MedScan Laboratory, Inc., Case No. 1:22-cv-00069
    Seward v. MedScan Laboratory, Inc., Case No. 1:22-cv-00073
    Ristine v. MedScan Laboratory, Inc., Case No. 1:22-cv-00079
    Byrne v. MedScan Laboratory, Inc., Case No. 1:22-cv-00084
    Krol v. MedScan Laboratory, Inc., Case No. 1:22-cv-00091

[¶2] Upon consideration, the Court **ADOPTS** the Amended Stipulation in its entirety. It is therefore **ORDERED** that the above-named cases are **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Parties shall bear their own costs.

[¶3] **IT IS SO ORDERED**.

    DATED January 25, 2023.

                                                Daniel M. Traynor, District Judge
                                                United States District Court